UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

T.M.,

    Plaintiff,

v.

DETROIT PUBLIC SCHOOLS
COMMUNITY DISTRICT,

    Defendant.

Case No. 2:23-cv-10852-GCS-KGA

Hon. George Caram Steeh

Mag. Kimberly J. Altman

---

Elizabeth K. Abdnour (P78203)
*Attorney for Plaintiffs*
ABDNOUR WEIKER LLP
500 E. Michigan Ave., Ste. 130
Lansing, MI 48912
P: (517) 994-1776
F: (614) 417-5081
liz@education-rights.com

Jacquelyn Kmetz (P83575)
*Attorney for Plaintiffs*
Barger & Gaines
90 N. Broadway St., Suite 320
Irvington, NY 10533
P: (734) 864-4514
jacquelyn@bargergaines.com

Vickie L. Coe (P72489)
*Attorney for Defendant*
Clark Hill PLC
215 S. Washington Square, Suite 200
Lansing, MI 48933
(517) 318-3013
vcoe@clarkhill.com

---

### APPEARANCE AND NOTICE OF APPEARANCE

**APPEARANCE:**

TO: United States District Court, Eastern District of Michigan

    Please enter my appearance as counsel for the Plaintiff, T.M., in the above-captioned matter.

                                    Respectfully submitted,

Dated: November 13, 2023

                                    */s/ Jacquelyn Kmetz*

                                                                                       _____
                                                                                       Jacquelyn Kmetz (P83575)

**NOTICE OF APPEARANCE:**

TO:    Vickie L. Coe (P72489)
         *Attorney for Defendant*
         Clark Hill PLC
         215 S. Washington Square, Suite 200
         Lansing, MI 48933

        Please take notice that I have entered my appearance as counsel for the Plaintiff, T.M., in the above-captioned matter.

                                                                                   Respectfully submitted,

Dated: November 13, 2023

                                                                                       _____
                                                                                      Jacquelyn Kmetz (P83575)

**PROOF OF SERVICE**

        I certify that on November 13, 2023, I served a copy of the foregoing Appearance and Notice of Appearance on the Court and the above-captioned parties by electronic filing.

                                                                                    Respectfully submitted,

Dated: November 13, 2023

                                                                                  _____
                                                                                Jacquelyn Kmetz (P83575)