UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

T.M.,

    Plaintiff,

v.

DETROIT PUBLIC SCHOOLS
COMMUNITY DISTRICT,

    Defendant.

Case No. 23-cv-10852

Hon. George Caram Steeh
Magistrate Kimberly J. Altman

_____

## NOTICE OF APPEARANCE OF COUNSEL

Now comes the below undersigned counsel who gives notice that said attorney is entering an appearance in this matter as counsel for Plaintiff. Please serve all further notices and copies of pleadings, papers, and other relevant material upon the undersigned.

Date:   January 18, 2024

Respectfully submitted,

*s/Renee A. Stromski*
Renee A. Stromski (0101347)
ABDNOUR WEIKER, LLP
Attorney for Plaintiff
262 South 3rd Street
Columbus, Ohio
(216) 745-2001
renee@awlawohio.com

1

**CERTIFICATE OF SERVICE**

      Renee A. Stromski, being first duly sworn, deposes and states that on this 18th day of January, 2024, she caused to be served a copy of the foregoing document upon all counsel of record via the Court's electronic filing system.

                                                 ***s/Renee A. Stromski***
                                                 Renee A. Stromski (0101347)
                                                 Attorney for Plaintiff