UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

T.M.,

    Plaintiff,

v.

DETROIT PUBLIC SCHOOLS
COMMUNITY DISTRICT,

    Defendant.

Case No. 23-cv-10852

Hon. George Caram Steeh
Magistrate Kimberly J. Altman

---

| | |
|---|---|
| Elizabeth K. Abdnour P78203<br>Jacquelyn N. Babinski P83575<br>ELIZABETH ABDNOUR LAW, PLLC<br>1100 W. Saginaw St., Ste. 4A-2<br>Lansing, MI 48915<br>Telephone: (517) 292-0067<br>Fax: (517) 709-7700<br>elizabeth@abdnour.com<br>jacquelyn.babinski@abdnour.com | Vickie L. Coe (P72489)<br>Clark Hill PLC<br>Attorneys for Defendant<br>215 South Washington Square, Suite 200.<br>Lansing, MI 48933<br>(517) 318-3013<br>vcoe@clarkhill.com |

## APPEARANCE

**PLEASE TAKE NOTICE** that Richard W. Fanning, Jr. of the law firm of Clark Hill PLC hereby enters his Appearance on behalf Defendant, Detroit Public Schools Community District, in the above-captioned action.

Dated: March 8, 2024

CLARK HILL PLC

By: */s/Richard W. Fanning, Jr.*
Richard W. Fanning, Jr. (P55697)
Attorneys Defendant
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
(313) 965-8300
rfanning@clarkhill.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.

| | |
|---|---|
| Dated:  March 8, 2024 | /*s/Paula Proffitt* |
| | Paula Proffitt |