**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| T.M., | Case No. 23-cv-10852 |
| Plaintiff, | Hon. George Caram Steeh III |
| | Magistrate Judge Kimberly J. Altman |
| v. | |
| DETROIT PUBLIC SCHOOLS COMMUNITY DISTRICT, | |
| Defendant. | |

## **STIPULATION AND ORDER EXTENDING TIMELINES**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendant that the following deadlines in the Scheduling Order (ECF No. 7) shall be extended:

- The completion of discovery deadline is extended from August 5, 2024, to November 1, 2024.
- The dispositive motion deadline is extended from September 20, 2024, to December 13, 2024.
- The response to dispositive motion deadline is extended to January 31, 2025.

The Parties respectfully request this additional time to participate in mediation and attempt to resolve this matter without incurring additional, unnecessary litigation costs.

No Party will be prejudiced by adjourning the hearing and extending the deadlines in this matter and Defendants do not oppose the proposed extension.

**IT IS SO STIPULATED** on June 4, 2024.

| | |
|---|---|
| *s/Jacquelyn N. Kmetz*____ | _*s/Vickie Coe* (w/ permission)_____ |
| Elizabeth K. Abdnour (P78203) | Vickie Coe (P72489) |
| Renee A. Stromski (OH: 0101347) | Richard Fanning (P55697) |
| Jacquelyn N. Kmetz (P83575) | Clark Hill PLC |
| Abdnour Weiker LLP | 215 South Washington Square, Ste. 200 |
| Attorney for Plaintiff | Lansing, MI 48933 |
| 500 E. Michigan Ave., Ste. 130 | (517) 318-3013 |
| Lansing, MI 48912 | vcoe@clarkhill.com |
| (517) 994-1776 | rfanning@clarkhill.com |
| liz@education-rights.com | |
| renee@education-rights.com | *Attorneys for Defendants* |
| jacquelyn@education-rights.com | |

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
Hon. George Caram Steeh III
U.S. District Court Judge

Dated: _____

## CERTIFICATE OF SERVICE

    I, Jacquelyn N. Kmetz, counsel for Plaintiff, certify that on June 4, 2024, I filed this Notice by use of this Court's ECF system, which will serve copies to all counsel of record.

*/s/ Jacquelyn N. Kmetz*