UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

T.M.,

Plaintiff,

v.

DETROIT PUBLIC SCHOOLS
COMMUNITY DISTRICT,

Defendant.

Case No. 23-cv-10852

Hon. George Caram Steeh III
Magistrate Judge Kimberly J. Altman

## STIPULATION AND ORDER EXTENDING SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendant that the following deadlines in the Scheduling Order (ECF No. 7) shall be extended:

- The completion of discovery deadline is extended from August 5, 2024, to November 1, 2024.
- The dispositive motion deadline is extended from September 20, 2024, to December 13, 2024.
- The response to dispositive motion deadline is extended to January 31, 2025.

The Parties respectfully request this additional time to participate in mediation and attempt to resolve this matter without incurring additional, unnecessary litigation costs.

No Party will be prejudiced by adjourning the hearing and extending the deadlines in this matter and Defendants do not oppose the proposed extension.

**IT IS SO STIPULATED** on June 4, 2024.

| | |
|---|---|
| *s/Jacquelyn N. Kmetz*\_\_\_\_ | *s/Vickie Coe* (w/ permission)_____ |
| Elizabeth K. Abdnour (P78203) | Vickie Coe (P72489) |
| Renee A. Stromski (OH: 0101347) | Richard Fanning (P55697) |
| Jacquelyn N. Kmetz (P83575) | Clark Hill PLC |
| Abdnour Weiker LLP | 215 South Washington Square, Ste. 200 |
| Attorney for Plaintiff | Lansing, MI 48933 |
| 500 E. Michigan Ave., Ste. 130 | (517) 318-3013 |
| Lansing, MI 48912 | vcoe@clarkhill.com |
| (517) 994-1776 | rfanning@clarkhill.com |
| liz@education-rights.com | |
| renee@education-rights.com | *Attorneys for Defendants* |
| jacquelyn@education-rights.com | |

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

s/George Caram Steeh
Hon. George Caram Steeh
U.S. District Court Judge

Dated:  June 5, 2024