UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

T.M.,

    Plaintiff,

v.

DETROIT PUBLIC SCHOOLS COMMUNITY DISTRICT,

    Defendant.

Case No. 2:23-cv-10852-GCS-KGA

Hon. George Caram Steeh

Mag. Kimberly J. Altman

---

| | |
|---|---|
| Elizabeth K. Abdnour (P78203) | Vickie L. Coe (P72489) |
| Jacquelyn Kmetz (P83575) | Richard Fanning (P55697) |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |
| ABDNOUR WEIKER LLP | Clark Hill PLC |
| 500 E. Michigan Ave., Ste. 130 | 215 S. Washington Square, Suite 200 |
| Lansing, MI 48912 | Lansing, MI 48933 |
| P: (517) 994-1776 | (517) 318-3013 |
| F: (614) 417-5081 | vcoe@clarkhill.com |
| liz@education-rights.com | |

**NOTICE OF CHANGE OF CONTACT INFORMATION**

    I, Jacquelyn Kmetz, notify the Court that my contact information has changed as listed below:

**Address**

    Old address: 90 N. Broadway, Ste. 300, Irvington, NY 10533

    New address: 500 E. Michigan Ave., Suite 130, Lansing, MI 48912

**Telephone number:**

    Old phone number: (734) 864-4514

    New phone number: (231) 794-2379

**Email address:**

    Old email address: jacquelyn@bargergaines.com

    New email address: jacquelyn@education-rights.com


Date: June 5, 2024                   *s/Jacquelyn N. Kmetz*____
                                                     Jacquelyn N. Kmetz (P83575)
                                                     Abdnour Weiker LLP
                                                     Attorney for Plaintiff
                                                     500 E. Michigan Ave., Ste. 130
                                                     Lansing, MI 48912
                                                     (517) 994-1776
                                                     jacquelyn@education-rights.com