# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

T.M.,

    Plaintiff,

v.

DETROIT PUBLIC SCHOOLS
COMMUNITY DISTRICT,

    Defendant.

Case No. 23-cv-10852

Hon. Judith E. Levy
Magistrate Kimberly J. Altman

---

## STIPULATION AND ORDER EXTENDING TIMELINES

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendant that the following deadlines in Scheduling Order (ECF No. 7) and Stipulation and Order Extending Timelines (ECF No. 13) shall be extended:

- The completion of discovery deadline is extended from November 1, 2024, to March 14, 2025.

- The dispositive motion deadline is extended from December 13, 2024, to May 19, 2025.

- The response to dispositive motion deadline is extended from January 31, 2025, to June 30, 2025.

The Parties respectfully request this additional time to participate in facilitation scheduled for March 31, 2025, and attempt to resolve this matter without incurring additional, unnecessary litigation costs.

No Party will be prejudiced by adjourning the hearing and extending the deadlines in this matter and Plaintiffs do not oppose the proposed extension.

**IT IS SO STIPULATED** on October 7, 2024.

| | |
|---|---|
| s/Jacquelyn N. Kmetz (with permission)____ <br> Elizabeth K. Abdnour **(**P78203) <br> Jacquelyn N. Kmetz (P83575) <br> Renee A. Stromski (Ohio 0101347) <br> ABDNOUR WEIKER LLP <br> Attorneys for Plaintiff <br> 500 E. Michigan Ave. Ste. 130 <br> Lansing, MI 48912 <br> Telephone: (517) 994-1776 <br> Fax: (614) 417-5081 <br> Liz@Education-rights.com <br> Jacquelyn@Education-rights.com <br> Renee@Education-rights.com | s/_Vickie L. Coe_____ <br> Vickie L. Coe (P72489) <br> Richard Fanning (P55697) <br> Clark Hill PLC <br> Attorneys for Defendant <br> 215 South Washington Square <br> Suite 200 <br> Lansing, MI 48933 <br> Telephone: (517) 318-3013 <br> vcoe@clarkhill.com <br> rfanning@clarkhill.com |

**IT IS SO ORDERED.**

Date: October 8, 2024                    s/Judith E. Levy
                                         JUDITH E. LEVY
                                         United States District Judge

2