UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

T.M.,

    Plaintiff,                                  Case No. 23-cv-10852

v.                                               Hon. Judith E. Levy

DETROIT PUBLIC SCHOOLS         Mag. Kimberly J. Altman
COMMUNITY DISTRICT,

    Defendant.

_____/

## NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Civil Rule 11(a)(5), I, Elizabeth Abdnour, notify the Court that my address has changed as listed below:

Old address: 500 E. Michigan Ave., Suite 130, Lansing, MI 48912

New address: 325 E. Grand River Ave., Suite 250, East Lansing, MI 48823

My telephone number remains the same.

Date: December 20, 2024                 Respectfully submitted,

                                                     **/s/ Elizabeth K. Abdnour**
                                                     Elizabeth K. Abdnour
                                                     ABDNOUR WEIKER, LLP
                                                     Attorney for Plaintiff
                                                     325 E. Grand River Ave., Suite 250
                                                     East Lansing, MI 48823
                                                     517-994-1776
                                                     liz@education-rights.com

## **CERTIFICATE OF SERVICE**

I, Elizabeth K. Abdnour, counsel for Plaintiff, certify that on December 20, 2024, I filed this Notice by use of this Court's ECF system, which will serve copies to all counsel of record.

*/s/ Elizabeth K. Abdnour*
Elizabeth K. Abdnour