UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

T. M.,

                Plaintiff(s),

v.                                            Case No. 5:23-cv-10852-JEL-KGA
                                                      Hon. Judith E. Levy

Detroit Public Schools
Community District,

                Defendant(s),

**NOTICE TO APPEAR REMOTELY**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Judith E. Levy as follows:

- STATUS CONFERENCE: July 14, 2025 at 11:00 AM

The Court will host the hearing. Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys. Be advised that this is an attorneys-only proceeding. Connection information and instructions may not be forwarded, distributed or shared with non-participants without the Court's advance approval.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                         By: s/W. Barkholz
                                                              Case Manager

Dated: June 13, 2025