UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

T.M.,

      Plaintiff,

v.

DETROIT PUBLIC SCHOOLS
COMMUNITY DISTRICT,

      Defendant.

Case No. 23-cv-10852-GCS-KGA

Hon. Judith E. Levy
Magistrate Kimberly J. Altman

---

| | |
|---|---|
| Elizabeth K. Abdnour (P78203) | Vickie L. Coe (P72489) |
| Jacquelyn N. Kmetz (P83575) | Richard Fanning (P55697) |
| Renee A. Stromski (Ohio 0101347) | Clark Hill PLC |
| ABDNOUR WEIKER LLP | Attorneys for Defendant |
| 500 E. Michigan Ave. Ste 130 | 215 South Washington Square |
| Lansing, MI 48912 | Suite 200 |
| Telephone: (517) 994-1776 | Lansing, MI 48933 |
| Fax: (614) 417-5081 | Telephone: (517) 318-3013 |
| Liz@Education-rights.com | vcoe@clarkhill.com |
| Jacquelyn@Education-rights.com | rfanning@clarkhill.com |
| Renee@Education-rights.com | |

---

## **STIPULATION TO VOLUNTARY DISMISSAL WITH PREJUDICE**

The Plaintiff and Defendant in the above-captioned matter hereby stipulation and agree as follows:

1. The Parties participated in a Facilitation on Monday, March 31, 2025.

2. The Parties were able to reach an amicable resolution of Plaintiff's Complaint.

3.  As part of their Agreement, the Parties agreed to a voluntarily dismiss of Plaintiff's Complaint with prejudice pursuant to FRCP 41(a)(1)(A)(ii) with each party to bear their own fees and costs.

Dated: July 14, 2025                    */s/ Jacquelyn N. Kmetz*
                                        Elizabeth K. Abdnour (P78203)
                                        Jacquelyn N. Kmetz (P83575)
                                        Renee A. Stromski (Ohio 0101347)
                                        ABDNOUR WEIKER LLP
                                        Attorneys for Plaintiff
                                        500 E. Michigan Ave. Ste 130
                                        Lansing, MI 48912
                                        517) 994-1776
                                        Liz@Education-rights.com
                                        Jacquelyn@Education-rights.com
                                        Renee@Education-rights.com


Dated: July 14, 2025                    */s/ Vickie L. Coe*
                                        Vickie L. Coe (P72489)
                                        Attorney for Defendant
                                        CLARK HILL PLC
                                        215 S. Washington Square, Suite 200
                                        Lansing, MI 48933
                                        (517) 318-3103
                                        vcoe@clarkhill.com

## **ORDER**

The parties having stipulated and agreed as stated above, the Court being fully advised in the premises:

IT IS HEREBY ORDERED that this action is dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own costs and fees.

Date: July 14, 2025                         s/Judith E. Levy
                                            JUDITH E. LEVY
                                            United States District Judge